IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| NOLAN CRAIG MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-088 |
| | ) | |
| CORE CIVIC; WHEELER; GDC; | ) | |
| SGT. PITTS a/k/a Sgt. Pittman; and | ) | |
| THE STATE OF GEORGIA, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Defendants Core Civic, Wheeler, GDC, and the State of Georgia, as well as Plaintiff's failure to protect claim against Defendant Pittman related to the drug confiscation, for failure to state a claim upon which relief may be granted. The case shall proceed against Defendant Pittman as described in the Magistrate Judge's January 12, 2023, Order. (Doc. no. 16.)

SO ORDERED this 6th day of February, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE