IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| NOLAN CRAIG MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-088 |
| | ) | |
| SGT. HERMAN PITTMAN; | ) | |
| SGT. JEFFERY MILES; CHIEF TINA | ) | |
| GUZMAN a/k/a CHIEF HODGES; | ) | |
| UNIT MANAGER MR. POWL a/k/a | ) | |
| INVESTIGATOR POWL; and | ) | |
| LT. NEKESHA HOWARD, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES WITHOUT PREJUDICE** Defendants Guzman and Powl for improper joinder, **DISMISSES** Plaintiff's official capacity monetary damages claims against all Defendants for failure to state a claim, and **DENIES WITHOUT PREJUDICE AS MOOT** Defendant Pittman's motions to dismiss the original complaint, (doc. nos. 28, 37). The case shall proceed against Defendants Pittman, Howard, and Miles as described in the Magistrate Judge's July 13, 2023 Order. (Doc. no. 56.)

SO ORDERED this 7th day of August, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE