AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NOLAN CRAIG MARTIN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 322-088

SGT. HERMAN PITTMAN; SGT. JEFFREY MILES; and
LOT. NEKESHA HOWARD,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated January 3, 2024, Defendants' Motion to Dismiss for failure to exhaust administrative remedies is granted. Judgment is hereby entered against the Plaintiff. This case stands closed.



01/03/2024  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*

*Jamie Hodge*  
(By) Deputy Clerk

GAS Rev 10/2020